**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALTICE USA, INC., ET AL.<br><br>v.<br><br>OPSEC ONLINE LLC | §<br>§<br>§<br>§<br>§ | Case No. 2:24-MC-0012-JRG-RSP |
| ALTICE USA, INC., ET AL.<br><br>v.<br><br>RECORDING INDSUTRY ASSOCIATION OF AMERICA | §<br>§<br>§<br>§<br>§<br>§ | Case No. 2:24-MC-0013-JRG-RSP |

**Motions Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**December 16, 2024**

**OPEN: 1:35 pm** **ADJOURN: 2:11 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Mike Elkin<br>Krishnan Padmanabhan<br>Diana Leiden<br>Claire Henry |
| ATTORNEY FOR DEFENDANTS: | Tim Reynolds |
| LAW CLERK: | Greg Saltz |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Claire Henry introduced co-counsel and announced ready. Tim Reynolds introduced himself and announced ready.

Krishnan Padmanabhan argued Plaintiff's Motion to Compel (Dkt. No. 1). Tim Reynolds responded. The Court GRANTED the motion for the reasons orally assigned. He instructed the parties that the depositions are to be limited to declarations made in 2:24mc12 and RFP 14. The deposition shall be limited to 4 hours total, unless translations are required.